**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-5920** |
| | : | |
| **JOSEPH TERRA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 18th day of September, 2026, upon consideration of Defendants PSS Stickney and Joseph Terra's Motion to Dismiss (ECF No. 84), and Plaintiff Daniel Williams's Response thereto (ECF No. 92), it is **ORDERED** that:

1. The Motion is **GRANTED in part and DENIED in part** for the reasons stated in the Court's accompanying Memorandum, as follows.

    a. The Motion is **GRANTED** as all claims asserted against PSS Stickney, and all due process claims.

    b. The Motion is **DENIED** as to all official capacity and individual capacity Eighth Amendment claims asserted against Superintendent Joseph Terra.

2. The due process claims and all claims asserted against PSS Stickney are **DISMISSED WITHOUT PREJUDICE** to Williams filing a second amended complaint, as set forth in paragraph three (3) of this Order.

3. Williams may file a second amended complaint within thirty (30) days of the date of this Order. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Williams's claims against each defendant. The second

amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. **For example, if Williams files a second amended complaint, she must include in that second amended complaint the allegations supporting her Eighth Amendment claims asserted against Terra, which have not been dismissed, if she seeks to proceed on those claims**. When drafting her second amended complaint, Williams should be mindful of the Court's reasons for dismissing the claims in her Amended Complaint as explained in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to send Williams a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Williams may use this form to file her second amended complaint if she chooses to do so.

5. If Williams does not wish to file a second amended complaint and instead intends to stand on her Amended Complaint as originally pled, she may file a notice with the Court within thirty (30) days of the date of this Order stating that intent, at which time the Court will issue a final order dismissing all claims asserted against Stickney and directing the case to proceed to discovery against Defendant Terra. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

6. If Williams fails to file any response to this Order, the Court will conclude that Williams intends to stand on her Amended Complaint and will issue a final order dismissing her claims against Stickney. At such time, the case will proceed to discovery against Defendant Terra only.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**